UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-22707-CIV-JORDAN/MCALILEY

**CLOSED CIVIL CASE**

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
v. )
)
JAIME GARCIA, )
) **DEFAULT FINAL JUDGMENT**
        Defendant. )
)

    This matter having come before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment against defendant, Jaime Garcia, and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

    ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff, the United States of America, and against defendant, Jaime Garcia, upon the Complaint herein, and it is further

    ORDERED AND ADJUDGED that Plaintiff recover of the defendant, JAIME GARCIA, the sum of $13,253.89, consisting of $7,626.89 in unpaid principal, plus the amount of $5,627.00 in interest accrued through November 7, 2008, in accordance with the supporting documentation attached as Composite Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment, all together with interest at the rate of 8.20% (for Claim No. 2008A24517) and 8.00% (for Claim No. 2008A24545) per annum to the date of this judgment, together with the sum of $375.00 in taxed costs, and it is further

    ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28

U.S.C. §2001, et seq., 28 U.S.C. §3001-3307, and Rule 69(a), Federal Rules of Civil Procedure. This case is closed. /joe

DONE AND ORDERED in Chambers, in Miami-Dade, FL, this 21st day of November, 2008.

_____
**ADALBERTO JORDAN**
**UNITED STATES DISTRICT JUDGE**

cc: Steven M. Davis, Esq.(Two Certified Copies)
    Jaime Garcia, Pro Se